# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| HANAD AHMED MACOW, | Civil No. 16-3408 (JRT/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| JEFFERSON B. SESSIONS, III, et al | |
| Respondents. | |

Hanad Ahmed Macow, A-Number 208-675-768, Carver County Jail, 606 East Fourth Street, Chaska, MN 55318, *pro se* petitioner.

Ana H. Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondents.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated April 4, 2017 (Docket No. 8), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Docket No. 1) is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 6, 2017  
at Minneapolis, Minnesota.

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court